UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MEGA LIFE HEALTH AND INSURANCE COMPANY, an Oklahoma for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.  5:15-cv-00100 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before May 29, 2015**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **June 9, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **June 2, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

1  Order to Show Cause hearing will be automatically vacated and the parties need not file a
2  statement in response to this Order.
3      SO ORDERED.
4  Dated:   April 14, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-cv-00100-HRL Notice has been electronically mailed to:

Barry Sullivan     bsullivan@sacfirm.com, agrigorian@sacfirmonline.com, hcole@sacfirm.com

Christine Victoria Nitoff     cnitoff@sacfirm.com

Karlene Jasmine Rogers-Aberman     kaberman@sacfirm.com, ademers@sacfirm.com

Margaret Levy     mlevy@manatt.com, jfeingold@manatt.com

Melanie Joy Young     jstephenson@sacfirmonline.com

Michael Suzek Robinson     mrobinson@sacfirm.com, kisagulyan@sacfirm.com

Richard Alan Lovich     rlovich@sacfirmonline.com, ral@lovichlaw.com

Sunny Hwang     shwang@manatt.com, bnivera@manatt.com

3